

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-20-00593-CR

**IN RE** James **MYART**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Luz Elena Chapa, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: December 23, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

Relator James Myart filed a *pro se* petition for a writ of mandamus in which he asks this court to order the trial court to set a bond or release relator pending a hearing on the State's motion to adjudicate guilt. Myart is represented by counsel in the trial court; therefore, he is not entitled to hybrid representation. *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's *pro se* mandamus petition will be treated as presenting nothing for this court's review. *See id.*; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, relator's petition for a writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 2017CR0945, styled *The State of Texas v. James Willie Myart, Jr.*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.